APPEAL,CLOSED,COURTEXHIBITS,PAPERDOC,SEALEDDOC,VICTIM

# U.S. District Court
# District of Maine (Bangor)
# CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00061−LEW−1</u>

Case title: USA v. REARDON

Magistrate judge case number: 1:21−mj−00084−JCN

Date Filed: 05/13/2021

Date Terminated: 11/03/2022

---

Assigned to: JUDGE LANCE E. WALKER

Appeals court case numbers: 22−1486 First Circuit Court of Appeals, 22−1883 First Circuit Court of Appeals, 23−1855 First Circuit Court of Appeals, 24−1724 First Circuit Court of Appeals, 24−1995 First Circuit Court of Appeals

**Defendant (1)**

**NATHAN REARDON**  represented by  **NATHAN REARDON**
*TERMINATED: 11/03/2022*           PO BOX 52
                                    DETROIT, ME 04929
                                    PRO SE

                                    **DANIEL D. DUBE**
                                    DUBE LAW
                                    40 CASSELL STREET
                                    LEWISTON, ME 04240−3920
                                    207−577−8534
                                    Email: lewistonlawyer@gmail.com
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*
                                    Designation: CJA Appointment

                                    **HUNTER J. TZOVARRAS**
                                    LAW OFFICE OF HUNTER J. TZOVARRAS
                                    1 MERCHANTS PLAZA
                                    SUITE 302−B
                                    BANGOR, ME 04401
                                    207−941−8443
                                    Email: hunter@bangorlegal.com
                                    *TERMINATED: 06/21/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| BANK FRAUD 18:1344 (1–5) | 20 months imprisonment on each of Counts 1 through 5, to be served concurrently; 3 years supervised release on each of Counts 1 through 5, to be served concurrently; $500 special assessment; $60,316.39 restitution |
| ATTEMPTED WIRE FRAUD 18:1343 AND 1349 (6–8) | Dismissed |
| MAKING FALSE STATEMENTS TO A BANK 18:1014 (9–10) | Dismissed |
| PERJURY 18:1623(c) (11) | Dismissed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COUNT ONE– BANK FRAUD; 18:1344 COUNT TWO– ATTEMPTED WIRE FRAUD; 18:1343 AND 1349 | |

---

**Plaintiff**

| **USA** | represented by | **ANDREW K. LIZOTTE** |
| | | DOJ–USAO |
| | | 202 HARLOW STREET |
| | | SUITE 111 |
| | | BANGOR, ME 04401 |
| | | 207–780–3257 |

Fax: 207–262–4636
Email: andrew.lizotte@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**CHRIS RUGE**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF MAINE
202 HARLOW STREET, ROOM 111
BANGOR, ME 04401
207–945–0373
Email: chris.ruge@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**DONALD E. CLARK FORMER AUSA**
U.S. ATTORNEY'S OFFICE
DISTRICT OF MAINE
100 MIDDLE STREET PLAZA
PORTLAND, ME 04101
(207) 780–3257
Email: usame.formerausa@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/03/2024 | 225 | ORDER as to NATHAN REARDON– Reardon has 21 days to file with this Court argumentation demonstrating either good cause or excusable neglect for his untimely filing of an appeal of my October 2, 2024 Order. (Set Deadlines: Filing re untimely appeal due by 12/26/2024. Response due by 1/2/2025. No reply permitted.) By JUDGE LANCE E. WALKER. (clp) (Entered: 12/03/2024) |
| 12/23/2024 | 226 | FILING re Untimely Appeal by NATHAN REARDON (Attachments: # 1 Supporting Documentation, # 2 Envelope)(clp) (Entered: 12/23/2024) |
| 01/02/2025 | 227 | NOTICE/Correspondence Re: Response to Order (Dkt. #226) by USA as to NATHAN REARDON. (LIZOTTE, ANDREW) Modified on 1/3/2025 to correctly reflect Order No. (clp). (Entered: 01/02/2025) |
| 01/03/2025 | 228 | ORDER granting 224 Motion to Extend Time to Appeal as to NATHAN REARDON (1)–Pursuant to Fed. R. App. P. 4(b)(4), the Court finds excusable neglect and good cause for the late filing of Nathan Reardon's Notice of Appeal and hereby extends the time for filing to October 28, 2024. By JUDGE LANCE E. WALKER. (clp) (Entered: 01/03/2025) |
| 01/03/2025 | 229 | CLERK'S First SUPPLEMENTAL CERTIFICATE as to NATHAN REARDON re 218 Notice of Appeal – Final Judgment, Documents Sent to U.S. Court of Appeals. (jlm) (Entered: 01/03/2025) |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) CRIM. CASE NO. 1:21-cr-00061-LEW |
| | ) USCA NO. 24-1995 |
| NATHAN REARDON | ) |

## CLERK'S FIRST SUPPLEMENTAL CERTIFICATE

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine, hereby certify that the following supplemental documents are hereby electronically transmitted, along with a copy of the docket entries to the First Circuit Court of Appeals:

Documents Numbered:  225   Description: Order
                     226                Filing re: Untimely Appeal
                     227                Notice/Correspondence
                     228                Order granting 224

I hereby certify that the record and docket sheet available through ECF to be the certified record and docket entries, and that all non-electronic documents of record have been forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *January 3, 2025*.

                              CHRISTA K. BERRY, Clerk

               By:   /s/ Jessica Mahon
                      Case Manager

```
MIME-Version:1.0
From:cmecf@med.uscourts.gov
To:cmecfnef@med.uscourts.gov
Bcc:
--Case Participants: ANDREW K. LIZOTTE (andrew.lizotte@usdoj.gov, caseview.ecf@usdoj.gov,
katrina.martin@usdoj.gov, laurie.janson@usdoj.gov, maria.bida@usdoj.gov,
sally.ballenger@usdoj.gov, usame.ecf@usdoj.gov), CHRIS RUGE (caseview.ecf@usdoj.gov,
chris.ruge@usdoj.gov, katrina.martin@usdoj.gov, nathan.noel@usdoj.gov,
tammy.redmond@usdoj.gov, usame.ecf@usdoj.gov), DONALD E. CLARK FORMER AUSA
(caseview.ecf@usdoj.gov, usame.ecf@usdoj.gov, usame.formerausa@usdoj.gov), DANIEL D. DUBE
(lewistonlawyer@gmail.com), JUDGE LANCE E. WALKER (christie_piche@med.uscourts.gov,
cmecfnef@med.uscourts.gov)
--Non Case Participants: US Probation Office (probationecfnotices@mep.uscourts.gov)
--No Notice Sent:

Message-Id:3148528@med.uscourts.gov
Subject:Activity in Case 1:21-cr-00061-LEW USA v. REARDON Order
Content-Type: text/html
```

# U.S. District Court

# District of Maine

## Notice of Electronic Filing

The following transaction was entered on 12/3/2024 at 11:44 AM EST and filed on 12/3/2024

**Case Name:** USA v. REARDON
**Case Number:** 1:21−cr−00061−LEW
**Filer:**
**Document Number:** 225(No document attached)

**Docket Text:**
**ORDER as to NATHAN REARDON– Reardon has 21 days to file with this Court argumentation demonstrating either good cause or excusable neglect for his untimely filing of an appeal of my October 2, 2024 Order. (Set Deadlines: Filing re untimely appeal due by 12/26/2024. Response due by 1/2/2025. No reply permitted.) By JUDGE LANCE E. WALKER. (clp)**

**1:21−cr−00061−LEW−1 Notice has been electronically mailed to:**

ANDREW K. LIZOTTE &nbsp &nbsp andrew.lizotte@usdoj.gov, caseview.ecf@usdoj.gov, katrina.martin@usdoj.gov, laurie.janson@usdoj.gov, maria.bida@usdoj.gov, sally.ballenger@usdoj.gov, usame.ecf@usdoj.gov

CHRIS RUGE &nbsp &nbsp chris.ruge@usdoj.gov, caseview.ecf@usdoj.gov, katrina.martin@usdoj.gov, nathan.noel@usdoj.gov, tammy.redmond@usdoj.gov, USAME.ECF@usdoj.gov

DANIEL D. DUBE &nbsp &nbsp lewistonlawyer@gmail.com

DONALD E. CLARK FORMER AUSA &nbsp &nbsp usame.formerausa@usdoj.gov, caseview.ecf@usdoj.gov, USAME.ECF@usdoj.gov, USAME.FormerAUSA@usdoj.gov

**1:21−cr−00061−LEW−1 Notice has been delivered by other means to:**

NATHAN REARDON(Terminated)
PO BOX 52
DETROIT, ME 04929

USA.                    Docket No. 1:21-cr-00061-LEW

V

Reardon

This is my filing in response to the 1st Circuit Court Of Appeals request for this to be put back before Judge Lance Walker to explain why my response was not filed in a timely manner. I was extremely sick during this time with a unknown disease. The doctors thought it was pneumonia, but I received chest x-rays and it was not. So they expect some sort of flu or bronchitis. I had a fever of 102.4. I was sick for weeks on end. I don't believe that I have been that sick in the last 15 years. Missing deadlines in my life is not ordinary or customary. I appreciate your understanding and leniency in this matter and look forward to this going ahead in appeal.

Respectfully submitted,

Nathan Reardon

Pro Se

PO Box 52

Detroit, ME 04929

nathanmembershipauto.com

207-745-7575

December 20, 2024

Certificate of service: I hearby swear that a copy of this was mailed to Andrew Lizotte by USPS.

# XR Chest

## Results

### Study Result

*Narrative & Impression*

EXAM:
RADIOGRAPHS OF THE CHEST

INDICATION:
J06.9 VIRAL UPPER RESPIRATORY TRACT INFECTION; URI X 1 WEEK. ASSESS LUNGS. RULE OUT PNA.; .

COMPARISON:
None available.

TECHNIQUE:
Region of study: Chest. Radiograph, 2 views.

Tech QA: Passed

FINDINGS:
No airspace infiltrate. No pleural effusion, or pneumothorax.

Bony contours are intact and benign.

Cardiomediastinal silhouette within normal limits.

IMPRESSION:
No acute cardiopulmonary findings.



**Want more information about XR Chest?**
Learn more

 Dr. Mary de Leon, MD

 **T4 FREE**
Nov 20, 2024

 Dr. Mary de Leon, MD

 **TSH**
Nov 20, 2024

 Dr. Mary de Leon, MD

 **XR Chest**
Oct 29, 2024

 Dr. Sanjay Pandey, MD

 **Albumin/Creatinine Ratio, Urine**
Oct 29, 2024

Dr. Sanjay Pandey, MD

 **CBC WITH AUTO DIFFERENTIAL**
Jul 26, 2024

Dr. Sanjay Pandey, MD

Reardon
P.O. Box 52
Detroit, ME. 04929

USMS   SO. MAINE P&DC  041
       21 DEC 2024  PM 3  L



Bangor Federal Court
202 Harlow St. #357
Bangor, ME. 04401

04401-490199

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN REARDON | Case No. 1:21-cr-00061-LEW |

**RESPONSE TO ORDER**

The Government responds to this Court's Order (Dkt. #225) and Defendant Nathan Reardon's Motion to Extend Time to Appeal (Dkt. #224) to confirm that it has no objection to Defendant's health-related bases for enlarging the time for his filing of the notice of appeal. Criminal defendants have "a maximum of forty[-four] days" to file a timely notice of appeal," such that "[c]ourts cannot extend the time period beyond the forty[-four]-day time period prescribed by [Federal Rule of Appellate Procedure] 4(b)." *United States v. Rapoport*, 159 F.3d 1, 2-3 (1st Cir. 1998). Here, although a period exceeding 44 days has now elapsed, Defendant did file his notice of appeal within the 44-day period. Accordingly, and given the First Circuit's Order (Dkt. #223), it appears that this Court may recognize Defendant's notice of appeal to the extent it finds excusable neglect or good cause. Fed. R. App. P. 4(b)(4).

Dated: January 2, 2025                    Respectfully submitted

                                                               DARCIE N. MCELWEE
                                                               UNITED STATES ATTORNEY

                                                               /s/ Andrew K. Lizotte
                                                               Andrew K. Lizotte, AUSA
                                                               202 Harlow Street
                                                                Bangor, ME 04401
                                                               (207) 262-4636
                                                                Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on January 2, 2025, I electronically filed the foregoing using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record, and that I have further caused the same to be mailed to Defendant's last known address of record.

             DARCIE N. MCELWEE
             UNITED STATES ATTORNEY

             <u>/s/ Andrew K. Lizotte</u>
             Andrew K. Lizotte, AUSA
             202 Harlow Street
             Bangor, ME 04401
             (207) 262-4636
             Andrew.Lizotte@usdoj.gov

```
MIME-Version:1.0
From:cmecf@med.uscourts.gov
To:cmecfnef@med.uscourts.gov
Bcc:
--Case Participants: ANDREW K. LIZOTTE (andrew.lizotte@usdoj.gov, caseview.ecf@usdoj.gov,
katrina.martin@usdoj.gov, laurie.janson@usdoj.gov, maria.bida@usdoj.gov,
sally.ballenger@usdoj.gov, usame.ecf@usdoj.gov), CHRIS RUGE (caseview.ecf@usdoj.gov,
chris.ruge@usdoj.gov, katrina.martin@usdoj.gov, nathan.noel@usdoj.gov,
tammy.redmond@usdoj.gov, usame.ecf@usdoj.gov), DONALD E. CLARK FORMER AUSA
(caseview.ecf@usdoj.gov, usame.ecf@usdoj.gov, usame.formerausa@usdoj.gov), DANIEL D. DUBE
(lewistonlawyer@gmail.com), JUDGE LANCE E. WALKER (christie_piche@med.uscourts.gov,
cmecfnef@med.uscourts.gov)
--Non Case Participants: US Probation Office (probationecfnotices@mep.uscourts.gov)
--No Notice Sent:

Message-Id:3161857@med.uscourts.gov
Subject:Activity in Case 1:21-cr-00061-LEW USA v. REARDON Order on Motion to Extend Time
```
Content−Type: text/html

# U.S. District Court

## District of Maine

**Notice of Electronic Filing**

The following transaction was entered on 1/3/2025 at 9:14 AM EST and filed on 1/3/2025

| | |
|---|---|
| **Case Name:** | USA v. REARDON |
| **Case Number:** | 1:21−cr−00061−LEW |
| **Filer:** | |
| **Document Number:** | 228(No document attached) |

**Docket Text:**
**ORDER granting [224] Motion to Extend Time to Appeal as to NATHAN REARDON (1)−Pursuant to Fed. R. App. P. 4(b)(4), the Court finds excusable neglect and good cause for the late filing of Nathan Reardon's Notice of Appeal and hereby extends the time for filing to October 28, 2024. By JUDGE LANCE E. WALKER. (clp)**


**1:21−cr−00061−LEW−1 Notice has been electronically mailed to:**

ANDREW K. LIZOTTE &nbsp &nbsp andrew.lizotte@usdoj.gov, caseview.ecf@usdoj.gov, katrina.martin@usdoj.gov, laurie.janson@usdoj.gov, maria.bida@usdoj.gov, sally.ballenger@usdoj.gov, usame.ecf@usdoj.gov

CHRIS RUGE &nbsp &nbsp chris.ruge@usdoj.gov, caseview.ecf@usdoj.gov, katrina.martin@usdoj.gov, nathan.noel@usdoj.gov, tammy.redmond@usdoj.gov, USAME.ECF@usdoj.gov

DANIEL D. DUBE &nbsp &nbsp lewistonlawyer@gmail.com

DONALD E. CLARK FORMER AUSA &nbsp &nbsp usame.formerausa@usdoj.gov, caseview.ecf@usdoj.gov, USAME.ECF@usdoj.gov, USAME.FormerAUSA@usdoj.gov

**1:21−cr−00061−LEW−1 Notice has been delivered by other means to:**

NATHAN REARDON(Terminated)
PO BOX 52
DETROIT, ME 04929